474 A.2d 664

Interest of B.V.D., a minor etc.

Appeal of L.G.M., Natural Mother of B.V.D.

Submitted September 29, 1983. Rabe F. Marsh, III, for appellant; Suzanne J. Mahady, for participating party.

Before BROSKY, McEWEN and BECK, JJ.

Order affirmed.